PROB 12B
(7/93)

Report Date: April 3, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 4 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Irma Ramirez

Case Number: 2:10CR02024-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 4/21/2011

Type of Supervision: Probation

Original Offense: False Declarations Before Grand
Jury, 18 U.S.C. § 1623

Date Supervision Commenced: 4/21/2011

Original Sentence: Probation - 24 Months

Date Supervision Expires: 4/20/2013

## PETITIONING THE COURT

To extend the term of supervision for 12 months, for a total term of 36 months.

### CAUSE

Ms. Ramirez has a special condition that she must participate in a GED program as directed by his probation officer. Ms. Ramirez has failed to enroll in such a program as directed. Ms. Ramirez' failure to enroll in a GED program has been a consistent topic of discussion with her. The defendant continues to make promises she is going to enroll in the program, but has failed to do so. Ms. Ramirez acknowledges her failure to comply with this requirement and has agreed to extend her supervision for another year allowing her to enroll and complete a GED program.

The attached waiver and hearing to extend her term of supervised release was reviewed with Ms. Ramirez. The requested extension will allow her to enroll in a GED program. Ms. Ramirez was advised of the potential impact this

Prob 12B
**Re: Ramirez, Irma**
**April 3, 2013**
**Page 2**

modification could have on her supervision, and she acknowledged this understanding both verbally and with her signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/03/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

4/3/13

Date